# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

**DEBTOR:** Whitaker, Laurie A.

**CHAPTER 7 BANKRUPTCY CASE NO: 07-44480**

Please check one:

_____ Unclaimed Dividends

__X__ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Internal Revenue Service Department of the Treasury Atlanta, GA  39901-0010 | 5 | $198.29 | $1.74 |

Date:  November 13, 2009         /e/ Terri A. Running
                                 Terri A. Running, Trustee

Letter – Bankruptcy Court –
Unclaimed Dividends/Distribution
Less than $5